IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EARTHA JOHNSON, | ) | CASE NO. 1:13-cv-2153 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| STEPHENS & MICHAELS | ) | **SUMMARY JUDGMENT** |
| ASSOCIATES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Stephens & Michaels Associates, Inc., moves this Court for an Order granting summary judgment in its favor pursuant to Rule 56(a) of the Federal Rules of Civil Procedure. There are no genuine issues of material fact and the Defendant is entitled to judgment in this civil action as a matter of law. A Memorandum of Law was filed contemporaneous with and in support of the motion.

Respectfully Submitted,

*/s/Stephen M. Bales*
STEPHEN M. BALES (0003380)
JEFFREY L. KOBERG (0047386)
Ziegler Metzger LLP
925 Euclid Avenue, Suite 2020
Cleveland, Ohio 44115
Phone: (216) 781-5470; Fax: (216) 781-0714
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2014, a copy of the foregoing was filed electronically Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                              */s/ Stephen M. Bales*
                              Stephen M. Bales (0003380)