**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Eartha Johnson,** | ) | **CASE NO. 1:13 CV 2153** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Stephens & Michaels Associates, Inc.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| **Defendant.** | ) | |

    This Court, having issued its Memorandum of Opinion and Order granting defendant's Motion for Summary Judgment (Doc.16), hereby enters judgment for defendant.

    IT IS SO ORDERED.

                          /s/ Patricia A. Gaughan
                          PATRICIA A. GAUGHAN
                          United States District Judge

Dated: 6/3/14